Etper
 
 Taylor, Judge,
 

 after argument. This court in advancement cf justice, can take a new bond with two sureties in place of the old one ; but said, that point might be reserved for. further consideration : He remembered instances of the like exercise of the court’s discretion, and divers others were mentioned at the bar. In the mean time, he ordered the cause to be tried, unless an affidavit could be produced for a continuance; which being made, the cause was continued.
 

 Note.
 
 In the case of an appeal from the county court of Nash, somewhere about the year 1789 or 17S0, the appeal bond bad but one surety, and for that cause it was moved that the appeal should be dismissed; but the court having made the enquiry, and finding that the single surety was a very competent one, they said the only object cf the act requiring sureties was to make the plaintiff safe ; and if one surety was really able to pay bis recovery, it was better to sustain the appeal, than to reject it and do irreparable mischief to the appellant; and they did sustain it.